**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES DAILEY, | ) | NO. EDCV 12-1501 AG (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RALPH M. DIAZ, Acting Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: November 30, 2012

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE